UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| CHARLENE LIVELY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV623-069 |
| | ) |
| ACTING COMMISSIONER OF | ) |
| SOCIAL SECURITY,[1] | ) |
| | ) |
| Defendant. | ) |

ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), (doc. no. 14), to which no objections have been filed. Accordingly, the R&R is **ADOPTED**. (Doc. no. 14.) Pursuant to sentence four of 42 U.S.C. § 405(g), the Court **REVERSES** the final decision of the Acting Commissioner and **REMANDS** this case for further consideration in accordance with the Court's opinion. The Clerk of Court is **DIRECTED** to enter the appropriate judgment and to close this case.

**ORDER ENTERED** at Augusta, Georgia, this 19th day of February, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Michelle King is no longer the Acting Commissioner of Social Security. The Clerk is **DIRECTED** to update the docket accordingly. Fed. R. Civ. P. 25(d).