UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

CHARLENE LIVELY,                        )
                                        )
          Plaintiff,                    )
                                        )
v.                                      )          CV623-069
                                        )
FRANK BISIGNANO,                        )
                                        )
          Defendant.                    )

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), (doc. no. 21), to which no objections have been filed. Accordingly, the R&R is **ADOPTED**, (doc. no. 21), and Plaintiff's Motion for Attorney's Fees Under the Social Security Act 42 U.S.C. § 406(b) is **GRANTED**, (doc. no. 20). For the reasons explained in the R&R, Plaintiff's counsel is awarded $12,937.83 in attorney's fees under 42 U.S.C. § 406(b), less the $8,494.08 already awarded under the EAJA, for a net award of $4,443.75.

**ORDER ENTERED** at Augusta, Georgia, this 13th day of July, 2026.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA